AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Amy R. Gurvey | ) | |
| _____ | ) | **CV19-4739** |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| Please see next page for list of Defendants | ) | **DeARCY HALL, J.** |
| | ) | |
| _____ | ) | **TISCIONE, M.J.** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Please see next page

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amy R. Gurvey
315 Highland Avenue
Upper Montclair, NJ 07043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**

CLERK OF COURT

Date: AUG 1 6 2019 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                _____
                                                *Printed name and title*

                                _____
                                                *Server's address*

Additional information regarding attempted service, etc:

### List of Defendants:

Hon. Elizabeth A. Garry
Presiding Justice
NYS Appellate Division 3rd Department
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Hon. Gerald Whelan
NYS Appellate Division 4th Department
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Hon. Alan Scheinkman,
NYS Appellate Division 2nd Department
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Hon. Rolando Acosta
NYS Appellate Division 1st Department
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Jorge Dopico,
Chief Counsel NYS Appellate Division 2nd Department
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Lawrence Marks,
Chief Adm. Officer
NYS Office of Court Adminstration
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

DOES 1-X, inclusive

Luis Gonzalez
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Peter Tom
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Jonathan Lippman
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Alan Friedberg,
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Lauren Holmes
c/o NYS Attorney General, Office of the Solicitor
28 Liberty Street
New York, NY 10005
Attn: David Lawrence III Esq.,

Richard Supple,
800 Third Avenue 13th FL
New York, NY 10022

Hinshaw & Culberston
800 Third Avenue 13th FL
New York, NY 10022

O. Lee Squitieri, Esq.,
32 East 57th Street 12 Fl
New York, NY 10022

Squitieri & Fearon, LLP,
32 East 57th Street 12 Fl
New York, NY 10022

DOES 1-X, Inclusive