UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMY R. GURVEY,

                Plaintiff,

v.

HON(S). ELIZABETH A. GARRY, Presiding Justice, NYS Appellate Division, 3rd Department; GERALD WHELAN (4th Dept.); ALAN SCHEINKMAN (2d Dept.); LARENCE MARKS, Chief Adm. Officer, NYS Office of Court Administration; LUIS GONZALEZ; PETER TOM; JONATHAN LIPPMAN; ALAN FRIEDBERG; LAUREN HOLMES; RICHARD SUPPLE; HINSHAW & CULBERTSON; O. LEE SQUITIERI, Esq.; SQUITIERI & FEARON, LLP; and DOES 1-10, Inclusive,

                Defendants.

NOT FOR PUBLICATION

**ORDER**
19-CV-04739 (LDH)

L\ASHANN D\EARCY HALL, United States District Judge:

On August 16, 2019, Ann R. Gurvey, appearing pro se, filed the instant Complaint and proposed Order to Show Cause for a Preliminary Injunction seeking intervention into state court proceedings. Plaintiff paid the requisite filing fee to commence this action.

A party seeking a preliminary injunction must establish irreparable harm and either (a) a likelihood of success on the merits or (b) sufficiently serious questions going to the merits and a balance of hardships tipping decidedly in its favor. *Green Party of New York State v. New York State Bd. of Elections*, 389 F.3d 411, 418 (2d Cir. 2004). Plaintiff's request for injunctive relief does not demonstrate a likelihood of success on the merits, nor does it make a showing of immediate or irreparable harm. Accordingly, Plaintiff's request for a hearing and preliminary injunctive relief is denied at this time. The Court will continue to review the Complaint.

SO ORDERED

Dated: Brooklyn, New York
      August 16, 2019

/s/ LDH
L\ASHANN D\EARCY HALL
United States District Judge