ᵗʰᵉ‖ˡᵘᵗᵘ‖ᵘˡ‖ᵗⁱⁱᵘ‖ˡᵗⁱⁱᵘᵗⁱ‖ʰᵗⁱⁱᵘˡˡⁱⁱᵘⁱⁱᵘⁱⁱˡⁱˡᵗⁱˡⁱˡᵘˡⁱⁱˡᵗⁱⁱᵗⁱⁱˡᵗⁱⁱ
*T683-0T862-T8-42                    BC: TT20TT83299
UNABLE TO FORWARD
NOT DELIVERABLE AS ADDRESSED
RETURN TO SENDER
22/8T/TT00          T  37  FE  1       00T          NIXIE

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

quadient                                    FIRST-CLASS MAIL
10/17/2022    US POSTAGE  $000.57⁰
ZIP 11201
041M11470324



RECEIVED
NOV 30 2022
PRO SE OFFICE

**Amy R. Gurvey**
315 Highland Avenue
Upper Montclair, NJ 07043



UTF

LEGAL MAIL



.. 9327828147637293                      FWD
07043>1026

07043-102615

Eastern District of New York

# Notice of Electronic Filing

The following transaction was entered on 10/14/2022 at 11:03 AM EDT and filed on 10/14/2022

**Case Name:**    Gurvey v. Garry et al

**Case Number:**    1:19-cv-04739-LDH-ST

**Filer:**

**WARNING: CASE CLOSED on 09/30/2021**

**Document Number:** No document attached

**Docket Text:**

**ORDER: In direct contravention of this Court's memorandum and order [70] dated September 30, 2021 (Dismissal Order), Plaintiff filed three new motions [77], [80] and [81] seeking to relitigate its claims that have already been resolved. This Court made clear in its Dismissal Order that Plaintiff's amended complaint was dismissed in its entirety sua sponte and denied Plaintiff's motion to file a second amended complaint. This Court further ordered that Plaintiff is barred from filing any civil action in the Eastern District of New York against the State and Hinshaw Defendants arising out of the events alleged in the amended complaint without prior leave of the Court. Plaintiff's motions [77], [80] and [81] are DENIED. Plaintiff may not attempt to circumvent this Courts prior Orders and relitigate its claims in a case that was deemed close. Ordered by Judge LaShann DeArcy Hall on 10/14/2022. (EW)**

**1:19-cv-04739-LDH-ST Notice has been electronically mailed to:**

Michael A. Berg    michael.berg@ag.ny.gov, oaglitd@ag.ny.gov

Nicole Feder    nfeder@lbcclaw.com, jsculley@lbcclaw.com

**1:19-cv-04739-LDH-ST Notice will not be electronically mailed to:**

Amy R. Gurvey
315 Highland Avenue
Upper Montclair, NJ 07043